UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FU ZHOU, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>PEOPLE CENTER, INC. d/b/a RIPPLING, a Delaware corporation, and RIPPLING PEO 1, INC., a Florida corporation,<br><br>                    Defendants. | NO.<br><br>**DEFENDANT PEOPLE CENTER, INC.'S NOTICE OF REMOVAL**<br><br>King County Superior Court<br>   Case No. 25-2-09020-5 SEA |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b), and 1446, Defendant People Center, Inc., d/b/a Rippling ("Rippling"), removes this action from the Superior Court of Washington in and for King County (the "State Court Action") to the United States District Court for the Western District of Washington at Seattle. In support of this Notice, Rippling states as follows:

**I.   THE STATE COURT ACTION**

On March 21, 2025, Plaintiff Fu Zhou ("Plaintiff") commenced the action captioned *Fu Zhou v. People Center, Inc., et al.*, by filing a Complaint in the Superior Court of King County, Washington, Case No. 25-2-09020-5 SEA. On March 26, 2025, the Summons and Complaint were served on Rippling.

DEFENDANT PEOPLE CENTER, INC.'S NOTICE OF REMOVAL - PAGE 1

FP 54438605.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## II. PAPERS FROM THE STATE COURT ACTION

Copies of the Summons and Complaint served on Rippling in the State Court Action are attached as <u>Exhibit A</u>. No further proceedings have occurred in the State Court Action.

## III. THE NOTICE OF REMOVAL IS TIMELY FILED

In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after service of the Summons and Complaint on Rippling. Rippling was served with copies of the Summons and Complaint on March 26, 2025, by a process server on Rippling's registered agent, Corporation Service Company. Declaration of Clarence Belnavis in Support of Defendant People Center, Inc.'s Notice of Removal ("Belnavis Decl."), ¶ 2.

## IV. BASIS FOR FEDERAL SUBJECT MATTER JURISDICTION

### A. Diversity of Citizenship under 28 U.S.C. § 1332.

The United States District Court for the Western District of Washington has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action involving citizens of different states in which the amount in controversy contemplates an amount in excess of $75,000, exclusive of costs and interest.

### B. Plaintiff and Rippling are citizens of different states.

The allegations in Plaintiff's Complaint establish (a) that there is diversity among Plaintiff and Rippling, and (b) that the amount in controversy contemplates an amount above the jurisdictional minimum.

Plaintiff is an individual residing in King County, Washington. *See* Compl. ¶ 2.

Rippling's principal place of business is in San Francisco, California. Declaration of Emily Frey in Support of Defendant People Center, Inc.'s Notice of Removal ("Frey Decl."), ¶ 4; *see also* Compl. ¶ 3.

Consequently, there is complete diversity among Plaintiff and Rippling.

DEFENDANT PEOPLE CENTER, INC.'S NOTICE OF REMOVAL - PAGE 2

FP 54438605.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

**C.     The Amount-in-Controversy Contemplates an Amount Above the Jurisdictional Minimum.**

A fair and reasonable reading of Plaintiff's Complaint reflects that she seeks damages in excess of $75,000. In her Complaint, Plaintiff seeks the following damages:

   a. Damages for back pay, front pay, lost stock grants, and other past and future fringe benefits, in amounts to be determined at trial;

   b. Damages for emotional harm, including but not limited to emotional distress, loss of enjoyment of life, humiliation, personal indignity, embarrassment, anxiety, and anguish, in an amount to be determined at trial;

   c. Statutory and/or actual damages under the Silenced No More Act;

   d. Statutory and actual damages under the EPOA;

   e. Costs and reasonable attorney's fees;

   f. Prejudgment and post-judgment interest; and

   g. Compensation for the tax consequences associated with a damages award.

Compl. § XII, ¶¶ a–g.  Plaintiff earned an annual base salary of $275,000 as an Engineering Manager. Frey Decl. ¶ 3. If calculated from her last day of employment through the filing of the Complaint (approximately three years, $779,166), it would easily exceed the amount-in-controversy requirement on Plaintiff's alleged backpay damages alone. In addition to any front pay damages, Plaintiff's alleged lost wages altogether will easily exceed the amount-in-controversy requirement. If Plaintiff were to be successful, her economic and non-economic damages as well as any attorneys' fees and costs afforded to her would well exceed the amount-in-controversy threshold in this case. Belnavis Decl. ¶ 3. As a result, it is reasonable to conclude that Plaintiff is seeking damages in excess of $75,000, and Plaintiff has failed to indicate otherwise.

DEFENDANT PEOPLE CENTER, INC.'S NOTICE OF REMOVAL - PAGE 3

FP 54438605.2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

## V. VENUE

Venue is proper in the United States District Court for the Western District of Washington because this Court is the federal judicial district embracing the Superior Court of the State of Washington for King County, where the suit was originally filed. *See* 28 U.S.C. § 128(b). Plaintiff is a resident of King County, Washington. *See* Compl. ¶ 2. Accordingly, Rippling is entitled to remove this action to the United States District Court for the Western District of Washington under the provisions of 28 U.S.C. § 1446.

## VI. NOTICE OF REMOVAL TO ADVERSE PARTY AND STATE COURT

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff's counsel, and a copy will be filed with the Clerk of the Superior Court of King County for the State of Washington, Case No. 25-2-09020-5 SEA.

WHEREFORE, Rippling hereby removes this action to the United States District Court for the Western District of Washington at Seattle.

DATED this 24th day of April, 2025.

FISHER & PHILLIPS LLP

By: *s/ Clarence M. Belnavis*
Clarence M. Belnavis, WSBA No. 36681
cbelnavis@fisherphillips.com

By: *s/ Meghan McNabb*
Meghan McNabb, WSBA No. 55000
mmcnabb@fisherphillips.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.682.2308
Fax: 206.682.7908

*Attorneys for Defendant People Center, Inc., dba Rippling*

DEFENDANT PEOPLE CENTER, INC.'S NOTICE OF REMOVAL - PAGE 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 54438605.2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David C. Martin
Email: dmartin@mbelg.com
Lisa Burke
Email: lburke@mbelg.com
MBE LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101

*Attorneys for Plaintiff Fu Zhou*

DATED this 24th day of April, 2025.

FISHER & PHILLIPS LLP

By: *s/Clarence M. Belnavis*
    Clarence M. Belnavis, WSBA No. 36681

*Attorneys for Defendant People Center, Inc., dba Rippling*